1004

[No. 66977-0-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL RAYMOND LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05942-6, Mary Yu, J., entered April 1, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 67108-1-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MICHAEL TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06237-4, Beth M. Andrus, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[Nos. 67405-6-I; 67600-8-I.   Division One.   January 28, 2013.]

AFR2, LLC, *Respondent*, v. SCHUCHART CORPORATION, *Appellant*.

SCHUCHART CORPORATION, *Respondent*, v. DEMOLITION MAN, INC., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-2-31112-9, Dean Scott Lum, J., entered July 12, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 67562-1-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN MICHAEL KNOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00203-8, Susan K. Cook, J., entered August 4, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.